NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE CYNTHIA Y. ROBINSON, JEFFREY S. LOUTIT, and MICHELLE M. FREEMER**

---

2011-1277
(Serial No. 12/020,068)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

KEVIN M. FLOWERS, Marshall, Gerstein & Borun LLP, of Chicago, Illinois, argued for appellants. On the brief were LI-HEIEN RIN LAURES and SHELLEY C. DANEK.

SYDNEY O. JOHNSON, JR. Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief was RAYMOND T. CHEN, Solicitor. Of counsel was BRIAN T. RACILLA, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, DYK, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 9, 2012         /s/ Jan Horbaly
Date                 Jan Horbaly
                     Clerk